IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ERICKA DENISE FRANK JAMES,    )
                )
    Petitioner,          )
                )
vs.                )    **CIVIL ACTION 11-0684-CG-B**
                )    **CRIMINAL NO. 09-00284-CG-B**
UNITED STATES OF AMERICA,    )
                )
    Respondent.        )

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 8, 2014 is **ADOPTED** as the opinion of this Court.

    **DONE and ORDERED** this 3rd day of November, 2014.

                /s/ Callie V. S. Granade
                UNITED STATES DISTRICT JUDGE