IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ERICKA DENISE FRANK JAMES, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | CIVIL ACTION 11-0684-CG-B |
| | ) | CRIMINAL NO. 09-00284-CG-B |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Vacate, Set Aside or Correct Sentence filed in this case (Doc. 61) be and the same hereby is **DENIED**. Further, the petitioner is not entitled to a certificate of appealability and is, therefore, not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 3rd day of November, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE